```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 25220
    KEVIN KOHLMAN
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-5941


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

      1.  The case was filed on 09/23/08 .

      2.  The case was dismissed without confirmation, 11/14/2008.

---------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
TAYLOR BEAN & WHITAKER M  CURRENT MORTG         .00             .00             .00
TAYLOR BEAN & WHITAKER M  MORTGAGE ARRE   NOT FILED             .00             .00
GMAC PAYMENT CENTER       SECURED VEHIC         .00             .00             .00
AMERICAN EXPRESS          UNSECURED       NOT FILED             .00             .00
AMERICAN EXPRESS          UNSECURED       NOT FILED             .00             .00
AMERICAN EXPRESS          UNSECURED       NOT FILED             .00             .00
AMERICAN EXPRESS          UNSECURED       NOT FILED             .00             .00
AMERICAN EXPRESS          UNSECURED       NOT FILED             .00             .00
CAPITAL ONE BANK          UNSECURED       NOT FILED             .00             .00
CHASE BANK USA            UNSECURED       NOT FILED             .00             .00
CITIBANK                  UNSECURED       NOT FILED             .00             .00
CITIBANK                  UNSECURED       NOT FILED             .00             .00
CITIBANK                  UNSECURED       NOT FILED             .00             .00
DEPENDON COLLECTION SERV  UNSECURED       NOT FILED             .00             .00
DISCOVER BANK             UNSECURED       NOT FILED             .00             .00
GC SERVICES               UNSECURED       NOT FILED             .00             .00
HSBC                      UNSECURED       NOT FILED             .00             .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED             .00             .00
LOYOLA UNIVERSITY HEALTH  UNSECURED       NOT FILED             .00             .00
NICOR GAS                 UNSECURED       NOT FILED             .00             .00
---------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID

RESURGENT CAPITAL SERVIC  UNSECURED       NOT FILED             .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED       NOT FILED             .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED       NOT FILED             .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED       NOT FILED             .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED       NOT FILED             .00             .00
WFNNB/HARLEM FURNITURE    UNSECURED       NOT FILED             .00             .00
        Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER           TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00           .00          .00             .00
```

```
PRINCIPAL PAID                        .00           .00           .00           .00           .00
INTEREST PAID                         .00           .00           .00           .00           .00
TOTAL PAID                            .00           .00           .00           .00           .00
```
The Debtor's attorney, DEVONA & ASSOC            , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/11/09                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE